Robert Penchina
Katharine Larsen
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2009
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADVANCE MAGAZINE PUBLISHERS INC., :
d/b/a CONDÉ NAST PUBLICATIONS,   :   Case No. 09 CV 10257 JGK
                                  :
              Plaintiff,          :
                                  :
         v.                       :   **ECF Case**
                                  :
JOHN DOES 1 - 5,                  :
                                  :
              Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER GRANTING PLAINTIFF'S
### *EX PARTE* APPLICATION FOR ORDER AUTHORIZING IMMEDIATE DISCOVERY

After consideration of the Ex Parte Application for Order Authorizing Immediate Discovery and the accompanying Memorandum filed by Plaintiff Advance Magazine Publishers Inc., d/b/a Condé Nast Publications ("Condé Nast"), as well as the Declaration of Robert E. Pick, it is hereby

**ORDERED** that:

Plaintiff Condé Nast may serve immediate discovery on AT&T and Google to obtain the identities of Defendants John Does 1 - 5 by issuing Rule 45 subpoenas seeking documents and other electronically-stored information that identify Defendants, including document and information reflecting the names, current addresses, permanent addresses, telephone numbers, e-mail addresses, IP addresses, and the Media Access Control ("MAC") addresses of their

computer hardware. The ~~subpoenas may also seek all documents and information relating to the assignment of any IP address which cannot be linked to any individual.~~ JGK

It is **SO ORDERED** this 21 day of December, 2009.

John G. Koeltl, U.S.D.J.