UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ADVANCE,

                Plaintiff(s),

-against-

JOHN DOES 1-5,

                Defendant(s).
------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

09 civ 10257 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, February 25, 2010 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
       January 15, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2010